JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRMA ELIZABETH MONTANO, an individual; PATRICIA FUENTES, an individual,<br>Plaintiffs,<br>v.<br>WAL-MART ASSOCIATES, INC.; and DOES 1 to 100, Inclusive,<br>Defendants. | CASE NO.: 5:25-cv-3192 KK (SPx)<br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br>Courtroom: 3<br>District Judge: Hon. Kenly Kiya Kato<br>Magistrate Judge: Hon. Sheri Pym<br>Complaint Filed: October 14, 2025<br>Trial Date: March 22, 2027 |

After full consideration of the parties' executed Joint Stipulation to Dismiss Action with Prejudice under Federal Code of Civil Procedure 41(a), **IT IS HEREBY ORDERED** that Plaintiffs Irma Elizabeth Montano and Patricia Fuentes' Complaint and this entire action, including all claims against Defendant Wal-Mart Associates, Inc., are dismissed with prejudice. Each party shall bear their own attorneys' fees and costs in connection with the prosecution and defense of this action. All pending dates and deadlines are vacated.

**IT IS SO ORDERED.**

Dated: October 16, 2026

Honorable Kenly Kiya Kato
United States District Judge